# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUNE A. TRZCINKA,**

    **Plaintiff,**

**v.**                                                          **Case No:   6:15-cv-1055-Orl-31DAB**

**ARMANDO RAMIREZ,**

    **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiffs Verified Complaint ("Motion") (Doc. 10) filed on July 22, 2015. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. While the parties jointly stipulated to the dismissal of the claims against Osceola Count, Florida, there was no dismissal as to Defendant Armando Ramirez. (*See* Doc. 12). Twenty-one days have elapsed since the Motion was filed and the Plaintiff has failed to respond to the Motion as to Defendant Ramirez, it will therefore be considered unopposed.

In consideration of the foregoing, it is hereby **ORDERED** that the Motion (Doc. 10) is **GRANTED** and the Complaint is **DISMISSED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 12, 2015.

                                                                             **GREGORY A. PRESNELL**
                                                             **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party